
 
 
 
 1
  In re the Marriage of Petitioner Alexandra Marshall, and Terrence Marshall. Respondent No. 24SC208Supreme Court of Colorado, En BancNovember 4, 2024

 Court
 of Appeals Case No. 22CA1579

 Petition
 for Writ of Certiorari DENIED.


 JUSTICE BOATRIGHT would grant as to the following issue

 Whether
 the court of appeals' opinion conflicts with its previous
 holding in In re Marriage of Marson, 929 P.2d 51
(Colo. A p p . 1996), where the court interpreting the same
 statutory language allowed the obligee parent to exclude
 income from additional jobs.

 
